UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 3:21mj34 |
| ) | |
| v. ) | UNDER SEAL |
| ) | **ORDER TO SEAL** |
| DAVID KYLE REEVES, ) | |
| Defendant, ) | |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, Affidavit, Arrest Warrant, Motion to Seal, and this Order be sealed until further order of this court,

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, Arrest Warrant, Motion to Seal, and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: February 3, 2021

David C. Keesler
United States Magistrate Judge